# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1599

_____

Cynthia Herron,                              *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the Western
                                             *   District of Missouri.
Principal Management Corporation,            *
                                             *   [UNPUBLISHED]
            Defendant,                       *
                                             *
       and                                   *
                                             *
Princor Financial Services;                  *
Principal Life Insurance Company,            *
                                             *
            Appellees.                       *

_____

Submitted:  February 26, 2008
Filed: March 21, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Cynthia Herron appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her diversity action against Principal Life Insurance Company (Principal Life), seeking damages under Missouri law for breach of contract, tortious interference with a business expectancy, and breach of the duty of good faith and fair dealing, arising out of her role as a broker for Principal Life.[2] Having carefully reviewed the record and considered Herron's arguments, we find no basis for reversal. See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (de novo standard of review of Rule 12(b)(6) dismissal); Bockelman v. MCI Worldcom, Inc., 403 F.3d 528, 531 (8th Cir. 2005) (de novo standard of review of district court's interpretation of state law). We also conclude that the district court did not abuse its discretion in denying Herron's motion to amend. See Wisdom v. First Midwest Bank of Poplar Bluff, 167 F.3d 402, 409 (8th Cir. 1999) (parties should not be allowed to amend complaint without showing how it could be amended to save meritless claim).

Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

[2]Claims against other defendants were dismissed and are not at issue on appeal.